```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                    ASHEVILLE DIVISION
                  No. 1:24-cv-00023-GCM
```

| | |
|---|---|
| TOMMY SCHEMEL, | ) |
|       Plaintiff, | ) |
|   v. | ) ORDER FOR REMAND |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security | ) |
|       Defendant. | ) |

This matter is before the court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner for further administrative proceedings, including a new hearing. The Commissioner wishes to conduct further fact finding.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: August 1, 2024

Graham C. Mullen
United States District Judge